No. 497. 149 MADISON AVENUE CORP. ET AL. *v.* AS- SELTA ET AL. June 16, 1947. On consideration of the motion of counsel for the petitioners to modify the judgment of this Court in this case, it is ordered that the judgment of affirmance entered herein on May 5, 1947, 331 U. S. 199, be modified so as to provide that the judgment of the Circuit Court of Appeals is affirmed and the cause is remanded to the District Court with authority in that Court to consider any matters presented to it under the Portal-to-Portal Act of 1947, approved May 14, 1947, 61 Stat. 84. *Walter Gordon Merritt* and *Robert R. Bruce* for petitioners.

No. 1285. VON MOLTKE *v.* GILLIES, SUPERINTENDENT.

June 16, 1947. The motion of petitioner for enlargement on recognizance is granted and the matter is referred to the District Court for determination as to whether surety ought to be required or the personal recognizance of the petitioner shall suffice and for the entry of an appropriate order. *G. Leslie Field* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 1486. RABIN *v.* MICHIGAN. June 16, 1947. The application for a stay is denied. *Walter M. Nelson* and *George Stone* for petitioner.